EDWARD KESTLER, Respondent, v. ARTHUR WEISSENFELS and EDITH WEISSENFELS, Appellants, and NEW ENGLAND HOMES, INC., Defendant.— Action to impress upon certain realty a lien of $3,300, paid by the plaintiff to the seller. The *lis pendens* and verified complaint in the action were filed on June 24, 1933, at ten-thirty-four A. M. The deed of the defendants who took title to the property from the seller, who was obligated to repay the plaintiff $3,300, was not recorded until ten-fifty-one A. M. on June 24, 1933, seventeen minutes after the *lis pendens*

was filed. Judgment for the plaintiff unanimously affirmed, with costs. The literal language of section 121 of the Civil Practice Act requires a holding that the plaintiff's rights under a *lis pendens* are superior to those arising under an unrecorded deed. The principle underlying the doctrine of *lis pendens* does not rest upon the presumption of notice but upon reasons of public policy, manifested by the language of the section. (*Kursheedt* v. *U. D. S. Institution*, 118 N. Y. 358, 363; *Ayrault* v. *Murphy*, 54 id. 203, 206; *People's Trust Co.* v. *Tonkonogy*, 144 App. Div. 333, 335; 3 Jones Mort. [8th ed.] p. 262.) Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.